JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNEL D. TABAFUNDA,<br>            Petitioner,<br>   v.<br>SUPERIOR COURT OF CALIFORNIA COUNTY OF RIVERSIDE,<br>            Respondent. | Case No. ED CV 16-1004 BRO (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

**IT IS HEREBY ORDERED**

Dated: June 29, 2016

                          HONORABLE BEVERLY REID O'CONNELL
                          UNITED STATES DISTRICT COURT JUDGE